```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :
                   -v-                                       :
                                                             :
                                                             :
   JAMES KELLY,                                              :
                                                             :
                                    Defendant.               :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2023

1:23-cr-113-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The status conference scheduled in this matter for May 8, 2023, at 10:00 a.m. will instead take place at 1:30 p.m. on the same day, in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  May 2, 2023
        New York, New York

_____
GREGORY H. WOODS
United States District Judge