```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                 :

UNITED STATES OF AMERICA,         :

                                               :

                    -v-                     :           1:23-cr-113-GHW

                                             :

JAMES KELLY,                           :           <u>ORDER</u>

                                             :

                          Defendant.  :

                                             :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the parties, JAMES KELLY, by and through his attorney, JACQUELINE E. CISTARO, and DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by and through KATHERINE CHENG, Assistant United States Attorney, of counsel, it is hereby ORDERED that the status conference in this matter scheduled for May 8, 2023, is adjourned to July 13, 2023, at 11:00 a.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the defendant and his counsel to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through July 13, 2023, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17.

      SO ORDERED.

Dated: May 5, 2023
New York, New York

                                                                  _____
                                                                   GREGORY H. WOODS
                                                                 United States District Judge