## MEMORANDUM ENDORSED

**Donald D. duBoulay**
Attorney at Law

**305 Broadway, Suite 602**
New York, NY 10007

Telephone: (212) 966-3970
Fax:          (212) 941-7108
E-mail:      dondubesq@aol.com

July26, 2023

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/26/2023
```

Re: U.S. v. James Kelly
    23 Cr. 113 (GHW)

Dear Judge Woods:

    I represent Mr. Kelly, having been appointed by this court to assume the representation of Mr. Kelly on July 6, 2023. I write to inform the Court that Mr. Kelly has notified me that I have been fired, and that he will be requesting the appointment of another attorney to represent him going forward. That request will be made at tomorrow's conference.

    If the court has any questions, I may be reached at (212) 966-3970

Respectfully submitted,

/s/ Donald duBoulay, Esq.

cc.: Katherine Cheng, Assistant U.S. Attorney (via ECF)

---

The Court expects to take up the defendant's request for a change in counsel during the conference scheduled to take place on July 27, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 23.

SO ORDERED.

Dated: July 26, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge