```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
                -v-                                          :
                                                             :    1:23-cr-113-GHW
                                                             :
    JAMES KELLY,                                             :    ORDER
                                                             :
                                        Defendant.           :
------------------------------------------------------------ X
```

GREGORY H. WOODS, United States District Judge:

The first day of trial in this matter is adjourned to Monday, January 29, 2023 at 9:00 a.m. The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

The deadline for pretrial motions by Defendant is extended to October 5, 2023. The deadline for Government's oppositions to any defense motions is October 19, 2023. The deadline for Defendant's replies, if any, is October 26, 2023. The Court will hold a hearing on any defense motions necessitating a hearing on November 29, 2023 at 10:00 a.m. Expert disclosures by both the United States and the defendant required pursuant to Fed. R. Crim. P. 16 are due no later than September 14, 2023.

The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than November 9, 2023. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully

briefed. The Court will hold a final pretrial conference in this matter on Thursday, December 21, 2023 at 10:00 a.m.

The United States is further directed to provide written notice to the defendant of any evidence it expects to introduce pursuant to Federal Rule of Evidence 404(b) by no later than (a) November 2, 2023, for any Rule 404(b) evidence that the Government will not address through its affirmative motions *in limine* and/or (b) November 9, 2023, for any 404(b) evidence that the Government will address through its affirmative motions *in limine*.

The parties are further directed to submit: (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than November 9, 2023. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

SO ORDERED.

Dated: August 23, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge