MEMORANDUM ENDORSED

Case 1:23-cr-00113-GHW   Document 36   Filed 08/31/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/2023

LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

August 30, 2023

**Via ECF**

Hon. Gregory H. Woods
United States District Court Judge
 Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. James Kelly</u>, 23-cr-113 (GHW)

Dear Judge Woods:

    I am writing to request that the Court hold a change of counsel hearing.

    Since my appointment on July 27, 2023, Mr. Kelly has refused to meet with me. At the conclusion of the last status conference before Your Honor, on August 23, 2023, Mr. Kelly informed me that I was fired. I scheduled a legal call for yesterday hoping to speak with Mr. Kelly. When Mr. Kelly got on the phone, he told me I was fired and terminated the conversation.

    Accordingly, I respectfully request that the Court hold a change of counsel hearing.

    Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

/s/

David S. Greenfield

cc: All Parties (via ECF)

Application granted. A conference is scheduled in this matter for September 7, 2023 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The Court will request that CJA counsel Michael Bradley be present at the conference. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 35.

SO ORDERED.

Dated: August 31, 2023
New York, New York

GREGORY H. WOODS
United States District Judge