USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,  :
:
:                   1:23-cv-113-GHW
:
-v -                    :                        ORDER
:
JAMES KELLY             :
:
:
:
:
Defendant.       :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The deadline for pretrial motions by Defendant in this matter is extended to October 20, 2023.  The deadline for Government's oppositions to any defense motions is November 3, 2023. The deadline for Defendant's replies, if any, is November 13, 2023.  The Court will hold a hearing on any defense motions necessitating a hearing on January 4, 2023 at 1:00 p.m.  Expert disclosures by both the United States and the defendant required pursuant to Fed. R. Crim. P. 16 are due no later than September 20, 2023.

The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than November 13, 2023.  If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion.  Reply papers, if any, are due no later than four days after the date of service of the opposition.  Courtesy copies of motions *in limine* should be submitted when the motions are fully 2 briefed.  The Court will hold a final pretrial conference in this matter on Thursday, January 17, 2023 at 3:00 p.m.

The United States is further directed to provide written notice to the defendant of any evidence it expects to introduce pursuant to Federal Rule of Evidence 404(b) by no later than (a)

November 6, 2023, for any Rule 404(b) evidence that the Government will not address through its affirmative motions *in limine* and/or (b) November 13, 2023, for any 404(b) evidence that the Government will address through its affirmative motions in *limine*. The parties are further directed to submit: (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than November 13, 2023. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

    SO ORDERED.

Dated: September 7, 2023
       New York, New York

                                                  GREGORY H. WOODS
                                                  United States District Judge