UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>JAMES KELLY,<br><br>      Defendant. | 23-CR-113 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

  It is hereby ORDERED that the parties appear for a hearing on the Motions in Limine (Dkt. Nos. 46 and 50) on **January 4, 2024,** at **2:30 PM**, in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

  Counsel are directed to be prepared to address, *inter alia*, *United States v. Walker*, 974 F.3d 193, 204-06 (2d Cir. 2020) (affirming the district court's admission of a probation officer's identification testimony), and *United States v. Rosario*, No. 09-CR-415-2 (VEC), 2014 WL 5870708, at *3-4 (S.D.N.Y. Nov. 13, 2014) (excluding evidence of an uncharged robbery under Federal Rule of Evidence 404).

  SO ORDERED.

Dated: December 13, 2023
    New York, New York

                            _____
                                 DALE E. HO
                            United States District Judge