UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff(s),<br><br>   v.<br><br>JAMES KELLY,<br><br>      Defendant(s). | 23-CR-113 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  IT IS HEREBY ORDERED that the conference previously scheduled for January 4, 2024, is RESCHEDULED for **January 8, 2024**, at **10:30 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

  SO ORDERED.

Dated: January 5, 2024
   New York, New York

                     DALE E. HO
                  United States District Judge