UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff(s),<br><br>   v.<br><br>JAMES KELLY,<br><br>      Defendant(s). | 23-CR-113 (DEH)<br><br><u>ORDER</u> |

DALE E. HO, United States District Judge:

  The United States Marshals Service (the "Marshals Service") and the Bureau of Prisons ("BOP") are requested to produce the defendant, JAMES KELLY, in the above-captioned proceeding for a court appearance today. In the event the defendant refuses to comply with his production to court or otherwise attempts to impede his production to the courthouse, the Marshals Service or the BOP may use such force as is reasonably necessary for the execution of the production to the courthouse.

  SO ORDERED.

Dated: January 8, 2024
   New York, New York

                         DALE E. HO
                    United States District Judge