UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                             :

UNITED STATES OF AMERICA,       :

                                                                             :

                  -v-                           :            1:23-cr-113-GHW

                                                                              :

JAMES KELLY,                           :              <u>ORDER</u>

                                                                              :

                                          Defendant.  :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2024

GREGORY H. WOODS, United States District Judge:

      The Court will hold a *Daubert* hearing with respect to the proposed testimony by Mr. Petersohn on March 7, 2024 at 10:00 a.m.  The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated:  March 1, 2024
        New York, New York

                                                                                   GREGORY H. WOODS
                                                                      United States District Judge