```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                 :

UNITED STATES OF AMERICA,           :

                -v-                          :             1:23-cr-113-GHW

JAMES KELLY,                            :             <u>ORDER</u>

                     Defendant.  :

-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      As discussed during the conference held on March 4, 2024, supplemental briefing regarding the defendant's application to introduce evidence of his 2022 civil action against Officer Whelan and the underlying alleged criminal conduct is due no later than March 5, 2024 at 8:00 a.m. The Government's opposition is due no later than March 6, 2024 at 8:00 a.m. The defendant's reply, if any, is due no later than March 6, 2024 at 5:00 p.m. The defendant's motion should attach any written documents that he may seek to introduce regarding that general topic for consideration by the Court, and his memorandum of law should address the means by which the documents will be introduced into evidence.

      SO ORDERED.

Dated: March 4, 2024
New York, New York

                                                                      _____
                                                                       GREGORY H. WOODS
                                                                United States District Judge