```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JAMES KELLY,

          *Defendant.*

Order

1:23-cr-113-GHW

GREGORY H. WOODS, United States District Judge:

On March 11, 2024, the Court ordered a hearing pursuant to 18 U.S.C. § 4241 to determine the mental competency of the defendant. The Court also directed the parties to propose the process the Court should adopt in order to evaluate the defendant's competency and to propose the appointment of a licensed or certified psychiatrist or psychologist to conduct the examination of the defendant. Upon consideration of the parties' proposal, including the request to appoint Dr. Cheryl Paradis, IT IS HEREBY ORDERED THAT:

1. Dr. Cheryl Paradis is hereby appointed by the Court to conduct a psychiatric or psychological examination of the defendant pursuant to 18 U.S.C. § 4241(b).

2. Dr. Cheryl Paradis shall examine the defendant beginning the week of April 8, 2024, and continue her examination of the defendant thereafter as needed.

3. Dr. Paradis shall be permitted entry to the Metropolitan Detention Center ("MDC"), located at 80 29th Street, Brooklyn, New York 11232, to conduct psychological examinations of the defendant James Kelly (Fed. Reg. No. 76306-054). The MDC shall provide Dr. Paradis with reasonable access to perform necessary interviews and evaluations of the defendant. Dr. Paradis shall be permitted to bring with her necessary and reasonable equipment, which will be subject to whatever security measures the MDC deems appropriate.

4. Within 14 days of completing the examinations, Dr. Paradis shall submit to the Court and disclose to the parties, pursuant to the provisions of 18 U.S.C. §§ 4247(b) and (c), a report detailing her findings.

5. A status conference shall be scheduled to take place promptly after the written evaluation report is submitted to the Court and provided to the parties.

SO ORDERED.

Dated: New York, New York
March 15, 2024

_____
THE HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE