```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA,                                :
                                                            :
                          -v-                               :       1:23-cr-113-GHW
                                                            :
   JAMES KELLY,                                             :             ORDER
                                   Defendant.               :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2024

GREGORY H. WOODS, United States District Judge:

Earlier today, the Court issued an opinion laying out in more depth the procedural history leading up to, and the reasoning behind, the Court's recent oral "bottom line" decision to deny Mr. Kelly's March 7, 2024 request for a change of counsel. Because the opinion refers in part to the content of an *ex parte* conference with the Court, the opinion will be circulated to counsel for the defendant without redactions before it is docketed.

Counsel for the defendant is directed to submit any proposed redactions to the opinion to the Court no later than April 8, 2024. Any requested redaction must be supported by a sufficient showing to overcome the presumption of public access to judicial documents. The Court does not assume that all comments made by the defendant or his counsel during the *ex parte* conference with the Court will meet that standard. The justification for any requested redactions should be set forth in a letter accompanying the proposed redactions.

SO ORDERED.

Dated: March 25, 2024

_____
GREGORY H. WOODS
United States District Judge