UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES KELLY,<br><br>      *Defendant.* | Order<br><br>S1 23 Cr. 113 (GHW) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2024

GREGORY H. WOODS, United States District Judge:

On March 15, 2024, the Court appointed Dr. Cheryl Paradis to conduct a psychiatric or psychological examination of the defendant pursuant to 18 U.S.C. § 4241(b).

IT IS HEREBY ORDERED THAT:

1. Dr. Cheryl Paradis shall be permitted to meet with defendant James Kelly (Fed. Reg. No. 76306-054) at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007 (the "Courthouse"), as part of her psychiatric or psychological examination of the defendant;

2. The United States Marshal Service is directed to provide Dr. Paradis access to the defendant at the Courthouse following a court conference in the above-captioned case that is scheduled for May 8, 2024.

SO ORDERED.

Dated: New York, New York
May 2, 2024

                        _____
                        THE HONORABLE GREGORY H. WOODS
                        UNITED STATES DISTRICT JUDGE