UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES,

                    -v-                                        1:23-cr-113-GHW

    JAMES KELLY,                                     ORDER

                            Defendant(s).
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The parties are directed to provide the Court any feedback on the September 25, 2024 draft of the voir dire questions by letter, no later than September 30, 2024.

      SO ORDERED.

Dated: September 25, 2024
       New York, New York

                                                          GREGORY H. WOODS
                                                  United States District Judge