UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
  UNITED STATES,  :
:
:
                 -v-  :
                                                      1:23-cr-113-GHW
:
:
  JAMES KELLY,  :                       <u>ORDER</u>
:
                          Defendant(s).  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The parties are directed to provide the Court any feedback on the September 30, 2024 draft of the voir dire questions by letter, no later than October 3, 2024.

      SO ORDERED.

Dated: October 1, 2024
       New York, New York

                                                                GREGORY H. WOODS
                                                         United States District Judge