USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

UNITED STATES OF AMERICA

       - v. -                       23-cr-113 (GHW)

JAMES KELLY,                    **ORDER**

            *Defendant.*

-----------------------------------------------------------X

IT IS HEREBY ORDERED THAT:

1. The Bureau of Prisons – Metropolitan Detention Center ("MDC"), 80 29th Street, Brooklyn, NY 11232, is directed to receive and accept the following items on behalf of James Kelly, Reg. No. 76306-054:

    a. Two (2) pairs of dress pants;
    b. Two (2) dress shirts;
    c. Two (2) sweaters;
    d. Two (2) pairs of dress socks; and
    e. One (1) pair of shoes.

2. These items will be delivered in preparation for Mr. Kelly's trial, starting on October 7, 2024.

3. The United States Marshal is directed to facilitate the defendant getting dressed in these clothes prior to his appearance each day of trial in this case.

4. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 170.

DATED:        October 2, 2024

SO ORDERED: _____
                           GREGORY H. WOODS, U.S.D.J.