```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
   UNITED STATES,                                           :
                                                            :
                                                            :
                                                            :
                  -v-                                       :
                                                            :     1:23-cr-113-GHW
                                                            :
   JAMES KELLY,                                             :         ORDER
                                                            :
                              Defendant.                    :
----------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

The parties are directed to provide the Court any feedback on the October 3, 2024 draft of the *voir dire* questions by letter, no later than October 4, 2024 at 12:00 p.m.

SO ORDERED.

Dated: October 3, 2024
       New York, New York

                                                              GREGORY H. WOODS
                                                       United States District Judge