**Law Office of Meredith S. Heller PLLC**
www.msheller law.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2025
```

February 11, 2025

**VIA ECF**
Honorable Greogry H. Woods
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. James Kelly*,
      23-cr-113 (GHW)

Dear Judge Woods:

      This letter is submitted on behalf of our client, James Kelly. Mr. Kelly's sentencing is currently scheduled for February 13, 2025, at 11:00 am. Mr. Kelly has consistently refused to meet with counsel to review the PSR and sentencing memoranda. Therefore, we do not feel that another adjournment is likely to be helpful at this juncture. We instead request that the Court order Mr. Kelly's production to the courtroom (or courtroom holding cells) at least one hour before his sentencing hearing is scheduled to begin to allow us time to review the PSR and sentencing submissions with Mr. Kelly. The government, through A.U.S.A. Adam Margulies, does not oppose this request.

Respectfully submitted,

Meredith S. Heller, Esq.
Diane Ferrone, Esq.

cc: All Parties (via ECF)

Application granted. The Government is directed to order Mr. Kelly's production to Courtroom 12C (or the courtroom holding cells) by no later than 9:30 a.m. on February 13, 2025.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 196.

SO ORDERED.
Dated: February 11, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge