```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,              :
                                           :
                    -against-              :
                                           :
    JAMES KELLY,                           :           1:23-cr-113-GHW
                                           :
                        Defendant.         :           ORDER
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2025

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record during the hearing held on February 13, 2025, Defendant's sentencing is continued to February 27, 2025 at 9:30 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.

    In addition, the Court authorizes the defendant to submit additional objections to the Presentence Report. Any such objections must be filed no later than February 20, 2025.

    SO ORDERED.

Dated: February 13, 2025
New York, New York

                                                                     _____
                                                                     GREGORY H. WOODS
                                                                United States District Judge