UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

                                             :

       -against-                             :

                                             :

JAMES KELLY,                                 :          1:23-cr-113-GHW

                                             :

                     Defendant.      :          ORDER

-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2025
```

GREGORY H. WOODS, United States District Judge:

During the first portion of the defendant's sentencing proceeding, the Court questioned the

Government regarding the factual basis for the proposed restitution and forfeiture award.  The

Government submitted a letter in response on February 25, 2025.  Dkt. No. 201 (the "Letter").  The

Letter does not identify testimony at trial that established the amount of the proposed award.

Instead, the Letter attaches two police reports and argues that the Court "may rely on victim

statements in police reports, such as those contained in Exhibits A and B, at sentencing."  Letter at

1. As described, the reports were attached as exhibits to the Letter, rather than an affidavit.  No

affirmation regarding the exhibits' authenticity was presented to the Court.

The Letter does not describe the legal support for the Government's position that the Court

can make the requested determination using the methodology proposed by the Government.  In

particular, the Letter does not describe why the procedure proposed by the Government for the

resolution of this factual question—a letter with unsworn attachments provided to the Court and

defendant two days before a sentencing proceeding—"ensure[s] that the parties have an adequate

opportunity to present relevant information."  Commentary USSG § 6A1.3.

The Court invites a further submission from the Government on this question no later than

February 26, 2025.

SO ORDERED.

Dated: February 25, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge